1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  LAUREN D. CUSICK, Bar #CA 257570
   Assistant Federal Defender
3  Designated Counsel for Service
   HOOTAN BAIGMOHAMMADI
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California  95814
   Telephone (916) 498-5700
6
   Attorney for Defendant
7  SHAUN MAHONE

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,    )
                                )   2:10-mj-00166 KJN
                Plaintiff,      )
13                              )   **STIPULATION AND ORDER**
        v.                      )
14                              )   DATE: August 2, 2010
   SHAUN MAHONE,                )   TIME: 9:00 a.m.
15                              )   JUDGE: Hon. Kendall J. Newman
                Defendant.      )
16                              )
                                )
17 _____ )

18

19      It is hereby stipulated and agreed to between the United States of

20 America through MATTHEW STEGMAN, Assistant U.S. Attorney, and

21 defendant, SHAUN MAHONE, by and through his counsel, LAUREN CUSICK,

22 Assistant Federal Defender, that the court trial set for Monday, August

23 2, 2010, be vacated and set for change of plea and sentencing on

24 Wednesday, August 25, 2010 at 10:00 a.m.

25 ///

26 ///

27 ///

28

1  DATED: July 29, 2010          Respectfully submitted,

2                                DANIEL J. BRODERICK
                                 Federal Defender
3
                                 /s/ Lauren D. Cusick
4                                LAUREN D. CUSICK
                                 Assistant Federal Defender
5                                Attorney for Defendant
                                 SHAUN MAHONE
6


7
   DATED: July 29, 2010          BENJAMIN B. WAGNER
8                                United States Attorney

9
                                 /s/ Samantha Spangler for
10                               MATTHEW STEGMAN
                                 Assistant U.S. Attorney
11                               Attorney for Plaintiff

12


13
                                 **O R D E R**
14
       **IT IS SO ORDERED.**
15
   DATED: August 2, 2010.            /s/ Kendall J. Newman
16                                   Kendall J. Newman
                                     United States District Judge
17

18

19

20

21

22

23

24

25

26

27

28

                                 **2**