```
BENJAMIN B. WAGNER
United States Attorney
DAVID STEVENS
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2811
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SHAUN MAHONE, )<br>)<br>Defendant. )<br>_____) | 2:10-mj-00166-KJN<br><br>PROBATION REVOCATION PETITION,<br>NOTICE OF HEARING and<br>ORDER<br><br>DATE:  August 10, 2011<br>TIME:  2:00 p.m.<br>JUDGE: Hon. Kendall J. Newman |

   On August 25, 2010, the above-named defendant was given the following sentence, among other things, by United States Magistrate Judge Kendall J. Newman:

    1.    The defendant shall serve a one-year term of Court Probation, subject to the following terms:

        a.    The defendant shall pay a $400.00 fine and a special assessment in the amount of $10.00 for Count One of the Information, Driving when Privilege Suspended and Revoked for Failure to Appear;

        b.    The defendant shall begin payment immediately.

The United States alleges that the defendant has violated these conditions as follows:

    1.   The defendant has not paid the fine for Count One.

The United States therefore petitions the Court to add this matter on its August 10, 2011, calendar for a probation revocation hearing to allow the defendant to show cause why the probation granted on August 25, 2010, should not be revoked.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: July __13__, 2011        Respectfully submitted,

                                  BENJAMIN B. WAGNER
                                  United States Attorney

                                /s/ David Stevens
                                DAVID STEVENS
                                Special Assistant U.S. Attorney

**ORDER**

It is Hereby Ordered that the defendant appear on August 10, 2011, at 2:00 p.m., to show cause why the probation granted on August 25, 2010, should not be revoked.

IT IS SO ORDERED.

Dated:  July 13, 2011

                                _____
                                KENDALL J. NEWMAN
                                UNITED STATES MAGISTRATE JUDGE