BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER S. HALES
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2807

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SHAUN MAHONE,<br><br>　　　　Defendant. | 2:10-mj-00166-KJN<br><br>PROBATION REVOCATION PETITION,<br>NOTICE OF HEARING and<br>ORDER<br><br>DATE:  May 2, 2012<br>TIME:  9:00 a.m.<br>JUDGE: Hon. Kendall J. Newman |

　　　On August 25, 2010, the above-named defendant was given the following sentence, among other things, by United States Magistrate Judge Kendall J. Newman:

　　　　1.　The defendant shall serve a one-year term of Court Probation, subject to the following terms:

　　　　　　a.　The defendant shall pay a $400.00 fine and a special assessment in the amount of $10.00 for Count One of the Information, Driving when Privilege Suspended and Revoked for Failure to Appear;

　　　　　　b.　The defendant shall begin payment immediately.

1

1  On August 10, 2011, the above-named defendant was ordered to
2 appear to explain why his probation should not be revoked since
3 payment had not been paid on his fine for Count One.  Defendant
4 paid $60.00 on his fine.  United States Magistrate Judge Kendall
5 J. Newman ordered the following:
6        1.   The defendant shall pay $50.00 on September 1,
7            2011, and $30.00 per month until the fine and
8            special assessment are paid.
9        2.   The term of Court Probation shall be extended for
10           one year.
11       3.   A Control Date was set for October 19, 2011 at
12           9:00 a.m. before the Honorable Kendall J. Newman.
13  On October 19, 2011, defendant made a $50.00 payment that
14 had been due on September 1, 2011.  Defendant advised the Judge
15 that a $30.00 payment was made, but his cashier's check was made
16 payable to the Federal Public Defender.
17  The United States alleges the defendant has violated the
18 revised conditions of probation as follows:
19       1.   The defendant was ordered to pay a fine of $400.00
20           and a special assessment of $10.00 for Count One
21           of the Information.
22       2.   The defendant has paid $140.00 towards his fine
23           for Count One.
24       3.   The defendant was ordered to pay $30.00 per month
25           after making his payment on September 1, 2011.
26           Defendant has failed to make monthly payments
27           since November 2011, which totals $150.00 through
28           March 2012.

1        4.   The defendant owes a total outstanding balance of
2             $270.00.
3     The United States therefore petitions the Court to add this
4  matter on its May 2, 2012 calendar for a second probation
5  revocation hearing to allow the defendant to show cause why the
6  probation ordered on October 19, 2011, should not be revoked.
7     I declare under penalty of perjury that the foregoing is
8  true and correct to the best of my knowledge.
9  DATED: April 6, 2012              Respectfully submitted,
10                                    BENJAMIN B. WAGNER
                                      United States Attorney
11
12                                    /s/ Christopher S. Hales
                                      CHRISTOPHER S. HALES
13                                    Special Assistant U.S. Attorney

18                                 **ORDER**
19     It is Hereby Ordered that the defendant appear on May 2,
20  2012, at 9:00 a.m., to show cause why the probation ordered on
21  October 19, 2011, should not be revoked.
22     IT IS SO ORDERED.
23  Dated: April 9, 2012

                                      _____
27                                    KENDALL J. NEWMAN
                                      UNITED STATES MAGISTRATE JUDGE

                                     3